# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**FILED**
JUN 23 2000

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA

V.

NORMA ESPINOSA and
JUAN OSPINA-ESPINOSA

MAGISTRATE JUDGE ROSEMOND

CRIMINAL COMPLAINT

CASE NUMBER: 00CR0488

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about June 20, 2000, in Cook county, in the Northern District of Illinois defendant(s) did, (Track Statutory Language of Offense)

unlawfully import into the customs territory of the United States from a place outside of the United States, namely Argentina, at least one kilogram of mixtures containing heroin, a Schedule I Narcotic Drug Controlled Substance,

in violation of Title 21 United States Code, Section(s) 952 and 960. I further state that I am a(n) Special Agent, U.S. Customs and that this complaint is based on the following facts:

(Official Title)

See attached Affidavit

**DOCKETED**
JUN 2 6 2000
JUN 2 6 2000

Continued on the attached sheet and made a part hereof: __X__ Yes ____ No

Signature of Complainant
PETER A. DARLING

Sworn to before me and subscribed in my presence,

June 23, 2000                                    at        Chicago, Illinois
Date                                                        City and State

W. THOMAS ROSEMOND, JR., U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

State of Illinois )
                         )
County of Cook )

## AFFIDAVIT

I, PETER A. DARLING, first being duly sworn, state the following under oath:

1. I am a Special Agent with the United States Customs Service and have been employed as such for approximately two years. I have been assigned to the United States Customs Service ("U.S. Customs") O'Hare International Smuggling Group for approximately 14 months conducting smuggling investigations. I have been involved in several arrests and seizures involving narcotics investigations. The information contained in this affidavit is based on my personal knowledge as well as information provided to me by other law enforcement officers.

2. On June 20, 2000, at approximately 6:00 A.M., United Airlines Flight 762 arrived at O'Hare International Airport from Buenos Aires, Argentina. On this flight were Norma Espinosa, a naturalized United States Citizen of Colombian descent, and Juan Ospina-Espinosa, a resident alien and a Colombian national, who is Norma's son.

3. Both individuals were referred to Customs secondary along with the three pieces of luggage, where, during an examination of the defendants' luggage, Customs Inspectors noticed that one of the pieces of luggage was unusually heavy. The Inspectors conducted an x-ray of the bags and determined that each bag had a false side and

a false bottom.

4. Further examination revealed that each bag contained packages of brown powdery substance that field tested positive for heroin, estimated to total between 14-23 pounds.

5. Both defendants confessed that they were smuggling the heroin from Argentina into the United States, and that this was their second smuggling trip. The defendants stated that they had smuggled heroin from Aruba into the United States in March 2000 and were paid $20,000 for that trip.

PETER A. DARLING
SPECIAL AGENT
U.S. CUSTOMS SERVICE

SUBSCRIBED AND SWORN TO BEFORE ME
this 23nd day of June, 2000

W. THOMAS ROSEMOND, JR.
U.S. MAGISTRATE JUDGE