UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
03 OCT -2 AM 11:30
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 00 CR 488-1 |
| ) | |
| NORMA ESPINOSA ) | Judge Holderman |

## RELEASE OF JUDGMENT LIEN

Judgment was against the defendant, in the above-entitled cause in the United States District Court, for the Northern District of Illinois. The judgment having been paid or otherwise satisfied is hereby released. The Clerk of the United States District Court is hereby authorized and empowered to satisfy said judgment of record. The lien recorded at the Cook County Recorder's Office as document number 001127674, on November 30, 2001 is hereby released.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
JOSEPH A. STEWART
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312)469-6008

March 2001

47