IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

MAR 1 2005 WH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 00 CR 488 |
| v. | ) | Judge James F. Holderman |
| | ) | |
| NORMA ESPINOSA | ) | |
| | ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:

Assistant United States Attorney
George Jackson III
219 S. Dearborn Street
Chicago, IL 60604

U.S. Probation Office
Kelli Cordis
55 E. Monroe Suite 1500
Chicago, Illinois 60603

Please take notice that on this 1st day of March, 2005, the undersigned filed the following document(s) in the above- captioned cause, a copy of which is attached hereto:

UNOPPOSED MOTION TO ALLOW TRAVEL

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
Terence F. MacCarthy
Executive Director

By: _Robert D. Seeder_
Robert D. Seeder

FEDERAL DEFENDER PROGRAM
Room 2800
55 East Monroe Street
Chicago, IL 60603
312/621-8326

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS: |
| COUNTY OF COOK | ) |

I, _Maria Nigro_, state that on the 1st day of March, 2005, I caused copies of the foregoing Notice of Filing and document(s) named therein to be served upon all other counsel herein above named by depositing copies of said documents(s) in the United States Mail Depository at 219 S. Dearborn Street, Chicago, IL 60604.

**FILED**

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAR 1 2005 WH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 00 CR 488 |
| | ) | |
| v. | ) | Judge James F. Holderman |
| | ) | |
| NORMA ESPINOSA | ) | |
| | ) | |

## UNOPPOSED MOTION TO ALLOW TRAVEL

Defendant NORMA ESPINOSA, by the Federal Defender Program and its attorney ROBERT D. SEEDER, respectfully requests that the Court permit Ms. Espinosa, who is on supervised release, to visit her terminally ill mother in Medellin, Columbia. Ms. Espinosa's mother is suffering from terminal rectal cancer and Ms. Espinosa would like to see her mother before her condition worsens. The Assistant U.S. Attorney and the supervising probation officer have no objection to Ms. Espinosa's request, but because the trip involves international travel, the Court's permission is required. In support of this motion, defendant submits the following:

1. Ms. Espinosa pled guilty to Conspiracy To Import a Controlled Substance into the United States in violation of 21 U.S.C. §963. On September 6, 2001, she was sentenced to 71 months custody of the Attorney General with a term of 5 years supervised release to follow her incarceration. She was fined $500, ordered to pay a $100 special assessment and ordered to participate in an alcohol aftercare program. Ms. Espinosa completed her term of incarceration, and began her 5 year term of supervised release on August 13, 2004. She is currently being supervised release by U.S. Probation Officer Kelli Cordis.

2. Ms. Espinosa has requested permission from the probation office to travel to Columbia due to her mother's illness. She was informed that in order to travel internationally, the Court's permission was required. Ms. Espinosa contacted counsel, who requested a letter from her mother's treating physician. The doctor in Columbia treating Ms. Espinosa's mother,

1

sent a letter in Spanish to counsel, describing the condition of Ms. Espinosa's mother. Counsel sent a copy of the letter to Kevin Devaney, the official court interpreter for this District, requesting that he interpret the letter for purposes of this motion. The letter states that Ms. Espinosa's 75 year old mother, Amaya Vela Balbina, has been diagnosed with terminal rectal cancer. She has been non-responsive to chemotherapy and radiation, has suffered remarkable weight loss, is in generally poor condition, and it is difficult to say how much longer she has to live. (See attached letter from Dr. Victor Julio Restrepo, and translation from the Interpreter's Office).

3. Due to her mother's failing health, Ms. Espinosa is requesting permission to leave the United Sates temporarily in order to be with her mother during this very difficult time. Ms. Espinosa's father passed away when she was detained prior to her sentencing. Now that she has served her term of incarceration, there is nothing more important to her than being with her mother in what could be the final days of her life.

4. Since being released from prison, Ms. Espinosa, who is a United Sates citizen, has complied with all of the conditions of supervision. She has met with her probation officer, filed her monthly reports, and has had no further contacts with the criminal justice system. She has been successfully participating in her alcohol aftercare program and is currently in Phase Two of treatment. Ms. Espinosa has fulfilled her financial obligations as she has paid her $500 fine and her $100 special assessment. Because of the uncertainty as to her mother's condition, it is difficult to provide the Court with a specific timetable, but Ms. Espinosa would comply with whatever conditions the Court ordered should the Court permit her travel to Columbia.

5. The government and the probation office have no objection to her travel request.

2

Wherefore, it is respectfully requested that the Court permit Ms. Espinosa to travel to Columbia, while she is on supervised release, to visit with her mother.

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
Terrance F. MacCarthy
Executive Director

By: *Robert D. Seeder*
Robert D. Seeder

ROBERT D. SEEDER
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street
Suite 2800
Chicago, IL 60603

3

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No. 00 CR 488 |
| | ) |
| v. | ) Judge James F. Holderman |
| | ) |
| NORMA ESPINOSA | ) |
| | ) |

## UNOPPOSED ORDER

This matter having come before the Court on the defendant's request to travel, while on supervised release, to visit her terminally ill mother in Columbia and the Court having been fully apprized of all the relevant facts and circumstances, and the government and probation office having no objection, IT IS HEREBY ORDERED: That the defendant is permitted to travel to Columbia to visit with her mother. The defendant is required to provide the probation office with an address of where she will be staying as well as a phone number, and shall comply with whatever reporting conditions imposed by the supervising probation officer.

_____
Date

_____
Judge James F. Holderman
U.S. District Court

FROM :

PHONE NO. :

Jan. 27 2005 04:05PM P1

# REMISION ENVIOS DE FAX



GRUPO MONARCA

FECHA: _27 - Enero - 2005_

ATT.      _Robert Dseeder_

EMPRESA   _Abogado_

FAX:      _1 3 1 26 2 1 83 99_

DE :      U .T. TORRES MONARCA

_Examen Medico. — Amaya Vela Balbina_

ENVIADO POR   _Norma Espinoza_

FROM : · · · ·   PHONE NO. :   Jan. 27 2005 04:05PM P2

Norma Espinosa



DOCTOR:

# VICTOR JULIO RESTREPO G.
## MEDICO GENERAL  U. DE A.
### Registro No. 6284

Nombre **Amaya Vela Balbina**

Fecha 24- 01- 05.

R./ A quien pueda interesar:

Pte 75 años, con enfermedad terminal; Dx de Ca de Recto, pronostico regular, ahora con perdida marcada de peso y Estado general inadecuado; no hay respuesta a la quimioterapia y radioterapia, Es dificil precisar el tiempo que le Reste de vida.

Atte   Victor J PO
Reg 6284

Dr. Victor Julio Restrepo Giraldo
Médico General  U De A.
C.C 15.258.972

**Dirección:**
Cra. 43 B
No. 70 S - 19
Sabaneta

**Teléfonos:**
288 2840
279 0101





# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## Facsimile Cover Sheet

**Please Deliver to:**

**Fax #:** 6218399

**Company:**

_____

**From:** **Interpreters' Office**

**Phone:**

_____

**Pages:** 2

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Message:**

   Atten: F.D. Robert Seeder

Norma Espinosa

DOCTOR:
VICTOR JULIO RESTREPO G.
GENERAL PRACTITIONER U. DE A.
Registry No. 6284

Name <u>Amaya Vela Balbina</u>
Date <u>24 JAN 05</u>
Re./  To whom it may concern
Patient is 75 yrs of age with a terminal illness; diag. rectal cancer; routine prognosis: now with a remarkable weight loss and a generally poor condition; non-responsive to chemotherapy or radiation therapy.  It is difficult to say exactly how much longer she has to live.

Sincerely        (signature)         Dr. Victor Julio Restrepo Giraldo
                 Reg 6284             General Practitioner U De A.
                                      C C 15.258.972

Address:
Cra. 43 B
No. 70 S - 19
Sabaneta

Telephones:
288 2840
279 0101