UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | No. 00 CR 488 |
| ARMANDO CUESTA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## SATISFACTION OF JUDGMENT

Judgment was entered for the United States, and against the defendant, Armando Cuesta, in the above-entitled cause in the United States District Court, for the Northern District of Illinois. The judgment in the amount of $200,000.00 has been satisfied.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: s/ Elizabeth A. Wilson
ELIZABETH A. WILSON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60603
(312) 353-5331
elizabeth.wilson2@usdoj.gov

## CERTIFICATE OF SERVICE

    The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

    SATISFACTION OF JUDGMENT

was served pursuant to the district court's ECF system as to ECF filers, if any, and will be mailed within five business days of this release being filed, to the following non-ECF filers:

Armando Cuesta

Chicago, Illinois

    By: s/ Elizabeth A. Wilson
    ELIZABETH A. WILSON
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5331
    elizabeth.wilson2@usdoj.gov